JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE TAHMASIAN, | ) Case No. CV 16-8080-PSG (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MARK DAG, M.D., et al., | ) |
| Defendants. | ) |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: 1/22/18

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE